# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ● NO  **DOCKET NUMBER:** [ ]

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | RICHARD BRASSER, et al |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | SUMMONS |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty ◯ Misdemeanor ● Felony

26 U.S.C. § 7202   26 U.S.C. § 7206(1)   26 U.S.C. § 7201

**JUVENILE:** ◯ Yes ● No

**ASSISTANT U. S. ATTORNEY** : CARYN FINLEY

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** We are requesting the initial appearance to be scheduled for January 30th.